SLIP OPINION

Cite as 2015 Ark. 40

# SUPREME COURT OF ARKANSAS

No. CR-14-718

| | | |
|---|---|---|
| JAMES KIRT CAMPBELL | | **Opinion Delivered** February 5, 2015 |
| | APPELLANT | APPELLEE'S MOTION TO DISMISS APPEAL |
| V. | | [CLARK COUNTY CIRCUIT COURT, NO. 10CR-12-148] |
| STATE OF ARKANSAS | | HONORABLE ROBERT McCALLUM, JUDGE |
| | APPELLEE | |
| | | MOTION GRANTED. |

## PER CURIAM

On April 23, 2014, an order was entered in the Clark County Circuit Court disposing of a pro se petition for reduction of sentence filed by appellant James Kirt Campbell. On August 21, 2014, appellant lodged an appeal here from the order. The appellee State now asks that the appeal be dismissed for appellant's failure to submit a brief.

Appellant was informed that his brief-in-chief was due here no later than September 30, 2014. As of this date, he has not tendered a brief or filed a motion to file a belated brief.

Failure of an appellant who is acting pro se to file a brief in an appeal is cause for dismissal of the appeal. *Ball v. State*, 2014 Ark. 152 (per curiam); *Farnsworth v. State*, 2013 Ark. 484 (per curiam); *Butler v. Hobbs*, 2012 Ark. 162 (per curiam); *Barker v. Hobbs*, 2011 Ark. 420 (per curiam); *Ingold v. State*, 2009 Ark. 611 (per curiam); *Vickers v. State*, 2009 Ark. 585 (per curiam); *Pineda v. State*, 2009 Ark. 554 (per curiam). Accordingly, the appellee's motion is granted, and the appeal is dismissed.

Motion granted.

*James Kirt Campbell*, pro se appellant.

*Dustin McDaniel*, Att'y Gen., by: *David R. Raupp*, Sr. Ass't Att'y Gen., for appellee.